WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive – Suite 510
McLean, Virginia  22102
Telephone:  (703) 245-9300
Facsimile:  (703) 245-9301
William G. Gandy  (WG 9518)

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman (JE 5638)

Attorneys for Debtors
and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Dana Corporation, *et al.,* | : | Case No. 06-10354 (BRL) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------x

**COUNTERDESIGNATION OF DEBTORS AND DEBTORS IN POSSESSION
IN RESPONSE TO STATEMENT OF ISSUES AND DESIGNATION OF
RECORD ON APPEAL OF JASCO TOOLS, INC. FROM MEMORANDUM
DECISION AND ORDER DENYING MOTION FOR ABSTENTION AND
STAY RELIEF AND GRANTING SUMMARY JUDGMENT DISALLOWING CLAIM**

TO THE HONORABLE BURTON R. LIFLAND,
UNITED STATES BANKRUPTCY JUDGE:

Dana Corporation and 40 of its domestic direct and indirect subsidiaries, as

debtors and debtors in possession (collectively, the "Debtors"), respectfully file this

ATI-2298241v2

Counterdesignation (the "Counterdesignation") pursuant to Bankruptcy Rule 8006, in response to the Statement of Issues and Designation of Record on Appeal of Jasco Tools, Inc. from Memorandum Decision and Order Denying Motion for Abstention and Stay Relief and Granting Summary Judgment Disallowing Claim (Docket No. 7008) filed by Jasco Tools, Inc. ("Jasco"). For their Counterdesignation, the Debtors state as follows:

**COUNTERDESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

1.    Proof of Claim Number 9592 filed by Jasco in the amount of $20,000,000.00.

Dated:  November 30, 2007
New York, New York

Respectfully submitted,


  s/William G. Gandy
William G. Gandy  (WG 9518)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive – Suite 510
McLean, Virginia  22102
Telephone:  (703) 245-9300
Facsimile:  (703) 245-9301


Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306


Jeffrey B. Ellman (JE 5638)
JONES DAY
1420 Peachtree Street, N.E. - Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330


ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION
