UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DANA CORPORATION,

                Debtor.

---

JASCO TOOLS, INC.,

                Appellant,

v.

DANA CORPORATION,

                Appellee.

---

Case No. 07-cv-11144 (RMB)

**NOTICE OF APPEAL**

Notice is hereby given that Jasco Tools, Inc., appellant, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of this Court, dated and entered on May 12, 2008.

Dated: May 29, 2008

                              _____
                              Alexander Geiger, Esq. (AG-8974)
                              GEIGER and ROTHENBERG, LLP
                              *Attorneys for Appellant Jasco Tools, Inc.*
                              45 Exchange Street, Suite 800
                              Rochester, NY 14614
                              Tel.: (585) 232-1946
                              Fax: (585) 232-4746

TO:   William G. Gandy, Esq.
        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
        *Attorneys for Appellee Dana Corporation*
        8444 Westpark Drive – Suite 510
        McLean, Virginia 22102
        Telephone: (703) 245-9300
        Facsimile: (703) 245-9301